Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>DAVID BRYANT PULLEY and<br>JEANETTE ROBINSON PULLEY,<br><br>Debtors. | Bankruptcy No. 08-23853 JAB<br>Chapter 7<br><br>**DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2. The following creditors were to have received a 00.35% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 5 | Surface Tech<br>2381 South 2700 West, Suite B<br>Salt Lake City, UT 84119 | $2.20 |

| | | |
|---|---|---|
| 6 | Questar Gas<br>Bankruptcy DNR 244<br>1140 West 200 South<br>P.O. Box 3194<br>Salt Lake City, UT 84110-3194 | $1.30 |
| 7 | Metro Porcelain & Fiberglass Repair<br>3974 West 8350 South<br>West Jordan, UT 84088 | $0.31 |
| 11 | Roundup Funding, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | $0.84 |
| 15 | Quality Doors & Molding<br>3283 South 400 East<br>Salt Lake City, UT 84115 | $1.36 |
| 20 | Qwest Corporation<br>Attn: Jane Frey<br>1801 California Street, Rm. 900<br>Denver, CO 80202-2658 | $0.58 |
| 23 | Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61702 | $1.19 |
| 24 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>25 S.E. 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | $0.97 |
| 25 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>25 S.E. 2nd Avenue<br>Suite 1120<br>Miami, FL 33131 | $1.94 |

3. A check in the amount of $10.69 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 10th day of June, 2010.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2010, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

U.S. Trustees Office
Ken Garff Building
405 S. Main Street
Suite 300
Salt Lake City, UT 84111

_____

ND: 4837-4876-2882, v. 1                3

THE BANK OF NEW YORK MELLON

VOID AFTER 90 DAYS

PULLEY, DAVID BRYANT
PULLEY, JEANETTE ROBINSON
COMBINED SMALL CHECK

Date  06/09/2010      $ *******10.69

~~~Ten Dollars and 69/100

Pay to the Order of  U.S. Bankruptcy Court

Gary E. Jubber

⑆000l0l20⑆ ⑈043302493⑈ 92000238246566⑈